UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER ESPINOZA AND OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**USA PRODUCE, LLC, et al.**<br><br>**Defendants.** | **Case No. 12-1890 (RLW)** |

## ORDER

Upon consideration of Defendants' Notice of Plaintiff's Acceptance of Offer of Judgment, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that Judgment be entered in favor of Plaintiff in the amount of One Thousand Dollars ($1,000.00), which amount shall be deemed to resolve all claims asserted by Plaintiff in this action, whether express or implied,  including, but not limited to, all claims relating to the same transactions or occurrences at issue in this action;

**ORDERED** that a hearing date be scheduled for _____to determine the amount of reasonable attorney's fees and costs to be awarded to Plaintiff's counsel;

**ORDERED** that Plaintiff's counsel provide Defendant's counsel and the Court a copy of his detailed billing records at least ten (10) days before said hearing; and

**ORDERED** that the April 8, 2013 hearing on Defendants' Motion to Dismiss be cancelled.

Date: _____

_____
Robert L. Wilkins
United States District Judge