# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**WALTER ESPINOZA, and others similarly situated**,

                   Plaintiff,

                   v.

**USA PRODUCE, LLC, et al.**,

                   Defendants.

Civil Action No. 12-cv-1890 (RLW)

## <u>ORDER</u>

Upon consideration of the briefs and related material submitted in connection with Plaintiff's Motion for Attorneys' Fees and Litigation Expenses (Dkt. No. 13), and for the reasons set forth on the record in open Court on April 22, 2013, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff is awarded $6,304.50 in attorneys' fees and $535.19 in costs incurred in connection with this litigation.

SO ORDERED.

Date:  April 22, 2013

_____
ROBERT L. WILKINS
United States District Judge